156 So. 638
## Charles NELSON et al. v. CITY OF MOBILE.
### I Div. 825.

Supreme Court of Alabama.
June 21, 1934.

Rehearing Denied Oct. 11, 1934.

D. R. Coley, Jr., Wm. C. Taylor, and George S. Taylor, all of Mobile, for appellants.

Stevens, McCorvey, McLeod, Goode & Turner and Harry Seale, all of Mobile, for appellee.

FOSTER, Justice.

Affirmed on authority of Claude M. Farrell et al. v. City of Mobile, ante, p. 294, 156 So. 635, this day decided.

Affirmed.

THOMAS, BOULDIN, and KNIGHT, JJ., concur.

156 So. 638
## E. Lucas MOURAITES v. CITY OF MOBILE.
### I Div. 824.

Supreme Court of Alabama.
June 21, 1934.

Rehearing Denied Oct. 11, 1934.

D. R. Coley, Jr., Wm. C. Taylor, and George S. Taylor, all of Mobile, for appellant.

Stevens, McCorvey, McLeod, Goode & Turner and Harry Seale, all of Mobile, for appellee.

FOSTER, Justice.

Affirmed on authority of Claude M. Farrell et al. v. City of Mobile, ante, p. 294, 156 So. 635, this day decided.

Affirmed.

THOMAS, BOULDIN, and KNIGHT, JJ., concur.